Michael E. Hensley, Bar #010915
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7832
mhensley@jshfirm.com

Attorneys for Defendant Black Diamond Investigation and Security Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Lauck,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Campbell County, Wyoming, a jural entity; Scott D. Matheny, in both his personal capacity and his official capacity as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene Rae Edwards, in both her personal capacity and her official capacity as Counsel for Campbell County, Wyoming Sheriff's Office; Black Diamond Investigation and Security Inc., a Wyoming corporation; Does 1, 2 and 3,<br><br>　　　　　　　　　　Defendants. | NO. 21-cv-08036-MTL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT BLACK DIAMOND INVESTIGATION AND SECURITY INC. ONLY** |

It is hereby stipulated by and between the Plaintiff and Defendant Black Diamond Investigation and Security Inc. through undersigned counsel that the above-captioned action be dismissed with prejudice, each party to bear their own costs and attorneys' fees. This Stipulation to Dismiss only applies to the claim between Plaintiff and Defendant Black Diamond Investigation and Security Inc.

9190142.1

DATED this 15th day of March 2021.

SCRUGGS, DODD & BRISENDINE, P.A.

By /s/ E. Allen Dodd  w/permission
E. Allen Dodd
P.O. Box 681109
Fort Payne, Alabama 35968
Attorneys for Plaintiff David M. Lauck

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Michael E. Hensley
Michael E. Hensley
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Black Diamond
Investigation and Security Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Lisa Drapeau

9190142.1

2