IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M Lauck,<br><br>　　　　Plaintiff,<br><br>v.<br><br>County of Campbell, et al.,<br><br>　　　　Defendants. | No. CV-21-08036-PCT-MTL<br><br>**ORDER** |

　　　　Pursuant to Plaintiff and Defendant Black Diamond Investigation and Security Inc.'s Stipulation to Dismiss with Prejudice (Doc. 11), and good cause appearing,

　　　　**IT IS ORDERED granting** the Stipulation to Dismiss with Prejudice (Doc. 11). Defendant Black Diamond Investigation and Security Inc. is dismissed from this case, with prejudice, each party to bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED denying** Defendant Black Diamond Investigation and Security Inc.'s Motion to Dismiss for Lack of Jurisdiction (Doc. 9) as moot.

　　　　**IT IS FINALLY ORDERED** that because other Defendants remain, the Clerk of Court shall not close this case.

　　　　Dated this 15th day of March, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge