Michael E. Hensley, Bar #010915
Petra L. Emerson, Bar #028031
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7832
mhensley@jshfirm.com
pemerson@jshfirm.com

Attorneys for Defendant Black Diamond
Investigation and Security Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Lauck,<br><br>                                Plaintiff,<br><br>         v.<br><br>Campbell County, Wyoming, a jural entity; Scott D. Matheny, in both his personal capacity and his official capacity as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene Rae Edwards, in both her personal capacity and her official capacity as Counsel for Campbell County, Wyoming Sheriff's Office; Black Diamond Investigation and Security Inc., a Wyoming corporation; Does 1, 2 and 3,<br><br>                                Defendants. | NO. 21-cv-08036-MTL<br><br>**NOTICE OF REMOVING COUNSEL FROM SERVICE LIST** |

PLEASE TAKE NOTICE that Michael E. Hensley and Petra L. Emerson of the law firm of Jones, Skelton & Hochuli, P.L.C. hereby request notice of removal of themselves and the firm from service list as counsel on behalf of Defendant Black Diamond Investigation and Security Inc. in the above matter in light of the dismissal of Defendant Black Diamond Investigation and Security Inc. entered March 15, 2021 (Doc. 12).

9242706.1

DATED this 19th day of March 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Michael E. Hensley
Michael E. Hensley
Petra L. Emerson
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Black Diamond
Investigation and Security Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Drapeau