Erica K. Rocush, SB # 021297
Erica.Rocush@lewisbrisbois.com
John J. Daller, SB # 034016
John.Daller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants Campbell County, Wyoming;*
*Scott D. Matheny, in his personal capacity and his official capacity*
*as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene*
*Rae Edwards, in her personal capacity and her official capacity as*
*Counsel for Campbell County, Wyoming Sheriff's Office*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Lauck, | No. 3:21-cv-08036-MTL |
| Plaintiff, | |
| vs. | **RESPONSE OF DEFENDANTS CAMPBELL COUNTY, MATHENY, AND EDWARDS TO PLAINTIFF'S MOTION TO REMAND** |
| Campbell County, Wyoming, a jural entity; Scott D. Matheny, in both his personal capacity and his official capacity as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene Rae Edwards, in both her personal capacity and her official capacity as Counsel for Campbell County, Wyoming Sheriff's Office; Black Diamond Investigation and Security Inc., a Wyoming corporation; Does 1, 2 and 3, | |
| Defendants. | |

Defendants Campbell County, Wyoming ("Campbell County"); Scott D. Matheny, in his personal capacity and his official capacity as Sheriff of Campbell County, Wyoming Sheriff's Office ("Matheny"); and Charlene Rae Edwards, in her personal capacity and her official capacity as Counsel for Campbell County, Wyoming Sheriff's Office ("Edwards") (collectively, "Defendants"), for their Response Memorandum to Plaintiff's Motion to Remand Action to State Court, state as follows:

This Court has diversity jurisdiction over this case. On its face, the Complaint

4832-8939-5939.1

meets the complete diversity and amount in controversy requirements. All defendants are diverse from Plaintiff. Plaintiff self-designated this case as "Tier 3" on the caption page of the Complaint. By self-designating the case as Tier 3 in his Complaint, it is apparent that Plaintiff is claiming $300,000 or more in damages. *See* Ariz. R. Civ. P. 26.2(c)(3)(C).

The representations made to the Court in the Motion to Remand relating to the language of 28 U.S.C. § 1446 are simply incomplete. "If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may **consent** to the removal even though that earlier-served defendant did not previously initiate or consent to removal." 28 U.S.C. § 1446(b)(2)(C) (emphasis added). Defendants—through both undersigned counsel whose names had already appeared on Defendants' Motion to Dismiss filed in the state court action on February 2, 2021, sixteen days prior to Black Diamond's removal of the case— consented to Black Diamond's removal of this case.

Black Diamond timely removed the case on February 18, 2021. Black Diamond was served on January 19, 2021, as shown by the Service Return attached as Exhibit "D" to Plaintiff's Motion to Remand, as well as by the Statement from Owner of Black Diamond Investigations attached as Exhibit "B" to Black Diamond's Notice of Removal. February 18 is exactly 30 days from the date Black Diamond was served.

Based upon the foregoing and the record before the Court in this case, Defendants respectfully request that this Court enter an Order denying Plaintiff's Motion to Remand .

RESPECTFULLY SUBMITTED this 2nd day of April, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: s/ *John J. Daller*
Erica K. Rocush
John J. Daller
*Attorneys for Defendants Campbell County, Wyoming; Scott D. Matheny, in his personal capacity and his official capacity as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene Rae Edwards, in her personal capacity and her official capacity as Counsel for Campbell County, Wyoming Sheriff's Office*



**NOTICE OF SERVICE**

I hereby certify that on April 2, 2021, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo
    26572-832