1  Erica K. Rocush, SB # 021297
   Erica.Rocush@lewisbrisbois.com
2  John J. Daller, SB # 034016
   John.Daller@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Phoenix Plaza Tower II
4  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona  85012-2761
5  Telephone: 602.385.1040
   Facsimile: 602.385.1051
6  Firm email: azdocketing@lewisbrisbois.com
   *Attorneys for Defendants Campbell County, Wyoming;*
7  *Scott D. Matheny, in his personal capacity and his official capacity*
   *as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene*
8  *Rae Edwards, in her personal capacity and her official capacity as*
   *Counsel for Campbell County, Wyoming Sheriff's Office*
9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF ARIZONA**

12 | David M. Lauck,                                        | No. 3:21-cv-08036-MTL
13 |         Plaintiff,
14 |     vs.                                                | **NOTICE OF ERRATA**
15 | Campbell County, Wyoming, a jural entity;
16 | Scott D. Matheny, in both his personal
   | capacity and his official capacity as Sheriff
17 | of Campbell County, Wyoming Sheriff's
   | Office; Charlene Rae Edwards, in both her
18 | personal capacity and her official capacity
   | as Counsel for Campbell County,
19 | Wyoming Sheriff's Office; Black Diamond
   | Investigation and Security Inc., a
20 | Wyoming corporation; Does 1, 2 and 3,

21 |         Defendants.

22 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23         PLEASE TAKE NOTICE that Defendants Campbell County, Wyoming ("Campbell

24 County"); Scott D. Matheny, in his personal capacity and his official capacity as Sheriff of

25 Campbell County, Wyoming Sheriff's Office ("Matheny"); and Charlene Rae Edwards, in

26 her personal capacity and her official capacity as Counsel for Campbell County, Wyoming

27 Sheriff's Office ("Edwards") (collectively, "Defendants"), filed their Reply in Support of

28 Motion to Dismiss on April 2, 2021 (Doc #17).



4851-1514-0324.1

It has recently come to the attention of Defendants' counsel that footnote one of Defendants' Reply misstates the date upon which Plaintiff filed his Response to Defendants' Motion to Dismiss with the Yavapai County Superior Court (Doc. #13-1) as March 18, 2021. Said Response was filed with the Yavapai County Superior Court on <u>February 19</u>, 2021.

By this Errata, Defendants correct the misstatement in footnote one, as set forth herein with changes underlined:

> References in this Reply to the term "Response" refer to the Response filed by Plaintiff with this Court as Doc. No. 13. The document filed by Plaintiff as Doc. No. 13-1 labeled "Response to Motion to Dismiss" ("Doc. No. 13-1") was filed with the Yavapai County Superior Court on <u>February 19, 2021, the day after the case was removed to this Court</u> and six days <u>before</u> the Yavapai County Superior Court ordered the state court case be placed on the dismissal calendar and that it will take no further action on that case unless it receives notice of remand of the case. The response briefs are not identical, and it would prejudice Defendants if Plaintiff is able to submit two such briefs for this Court's consideration in response to Defendants' one brief. Should the Court consider both responses, Defendants reserve the right to object on that basis at a later time. In any event, the briefs—considered separately or together—fail to prove personal jurisdiction over Defendants.

No other changes are made to the Reply by this Errata.

RESPECTFULLY SUBMITTED this 7th day of April, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: s/ *John J. Daller*
Erica K. Rocush
John J. Daller
*Attorneys for Defendants Campbell County, Wyoming; Scott D. Matheny, in his personal capacity and his official capacity as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene Rae Edwards, in her personal capacity and her official capacity as Counsel for Campbell County, Wyoming Sheriff's Office*

**NOTICE OF SERVICE**

I hereby certify that on April 7, 2021, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

*s/ Marcia McAlister*
26572-832