1  Erica K. Rocush, SB # 021297
   Erica.Rocush@lewisbrisbois.com
2  Nicholas J. Walter, SB # 036410
   Nicholas.Walter@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Phoenix Plaza Tower II
4  2929 North Central Avenue, Suite 2100
   Phoenix, Arizona 85012-2761
5  Telephone: 602.385.1040
   Facsimile: 602.385.1051
6  Firm email: azdocketing@lewisbrisbois.com
   *Attorneys for Defendants Campbell County, Wyoming;*
7  *Scott D. Matheny, in his personal capacity and his official capacity*
   *as Sheriff of Campbell County, Wyoming Sheriff's Office; Charlene*
8  *Rae Edwards, in her personal capacity and her official capacity as*
   *Counsel for Campbell County, Wyoming Sheriff's Office*
9

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF ARIZONA**

12  David M. Lauck,                          No. 3:21-cv-08036-MTL

13              Plaintiff,
                                             **NOTICE OF SUBSTITUTION OF**
14       vs.                                 **ATTORNEY WITHIN SAME FIRM**

15  Campbell County, Wyoming, a jural entity;
    Scott D. Matheny, in both his personal
16  capacity and his official capacity as Sheriff
    of Campbell County, Wyoming Sheriff's
17  Office; Charlene Rae Edwards, in both her
    personal capacity and her official capacity
18  as Counsel for Campbell County,
    Wyoming Sheriff's Office; Black Diamond
19  Investigation and Security Inc., a
    Wyoming corporation; Does 1, 2 and 3,
20
                Defendants.
21

22       Defendants Campbell County, Wyoming; Scott D. Matheny, in his personal capacity

23  and his official capacity as Sheriff of Campbell County, Wyoming Sheriff's Office; and

24  Charlene Rae Edwards, in her personal capacity and her official capacity as Counsel for

25  Campbell County, Wyoming Sheriff's Office (collectively, "Defendants") hereby give

26  notice to the Court and to opposing counsel that Nicholas J. Walter is substituting for

27  attorney John J. Daller, who is no longer with the firm, and will now be an attorney of record

28  in this matter with Erica K. Rocush.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

Please direct all future correspondence, pleadings, and minute entries to:

2

Erica K. Rocush, Esq.

3

Nicholas J. Walter, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP

4

Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700

5

Phoenix, AZ  85012

6

(602) 385-1040

7

8

RESPECTFULLY SUBMITTED this 14th day of June, 2021.

9

10

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

11

By: s/ *Nicholas J. Walter*

12

Erica K. Rocush
Nicholas J. Walter

13

*Attorneys for Defendants Campbell County,
Wyoming; Scott D. Matheny, in his personal*

14

*capacity and his official capacity as Sheriff of
Campbell County, Wyoming Sheriff's Office;*

15

*Charlene Rae Edwards, in her personal capacity
and her official capacity as Counsel for*

16

*Campbell County, Wyoming Sheriff's Office*

17

18

19

**NOTICE OF SERVICE**

20

I hereby certify that on June 14, 2021, I electronically transmitted the foregoing

21

document to the Clerk's office using the Court's CM/ECF System and thereby served all

22

counsel of record in this matter.

23

24

25

s/ *Rena Crockett*

26572-832

26

27

28



4817-9025-7902.1